UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

STEVIE L. TINDLE,

    Petitioner,

v.                                            CASE NO. 6:02-cv-609-Orl-31KRS
                                                                 (6:00-cr-153-Orl-31KRS)

UNITED STATES OF AMERICA,

    Respondent.
_____

**<u>ORDER</u>**

This case is before the Court on Petitioner's Motion for Reconsideration of Rule 60(b) Petition in Lieu (sic) of Recent Supreme Court Ruling (Doc. No. 5).

Petitioner filed a motion to vacate, set aside, or correct an illegal sentence pursuant to 28 U.S.C. § 2255 (Criminal Case 6:00-cr-153-Orl-31KRS, Doc. No. 78),[1] which was denied with prejudice on May 20, 2003 (Criminal Case Doc. No. 101). On appeal, the Eleventh Circuit Court of Appeals denied Petitioner's request for a certificate of appealability. *See* Criminal Case Doc. No. 111.

Petitioner subsequently filed Motion for Relief from Judgment Pursuant to Civil Procedure Rule 60(b)(1) and/or (6) (Criminal Case Doc. No. 114) arguing that this Court made a mistake when it applied certain legal precedents to his case. Based on the Eleventh Circuit case of *Gonzalez v. Secretary for the Department of Corrections*, 366 F.3d 1253 (11th Cir. 2004), the motion was determined to be a second or successive petition and was denied. (Criminal Case Doc. No. 115.)

---

[1] Hereinafter Criminal Case No. 6:00-cr-153-Orl-31KRS will be referred to as "Criminal Case."

In June of 2005, approximately one year after this Court's denial of Petitioner's Rule 60(b) motion, the United States Supreme Court addressed the *Gonzalez* case and determined that the Eleventh Circuit erred in its assessment of when a Rule 60(b) motion should be considered a second or successive petition. *Gonzalez v. Crosby*, 125 S. Ct 2641 (2005). Petitioner now contends that this Court's reliance on the Eleventh Circuit's *Gonzalez* decision necessitates relief.

Petitioner cites no legal basis for this Court to grant relief or reconsider its prior Order, which was entered over one year ago. Furthermore, the Court is aware of none. Therefore, it is

**ORDERED** that Petitioner's Motion for Reconsideration of Rule 60(b) Petition in Lieu (sic) of Recent Supreme Court Ruling (Doc. No. 5) is **DENIED**.[2]

**DONE AND ORDERED** at Orlando, Florida this 1st day of June, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies to:
sa 6/1
Stevie L. Tindle
Counsel of Record

---

[2]Additionally, the Court notes that the United States Supreme Court's decision in *Gonzalez* would not alter the final outcome of Petitioner's Rule 60(b) motion. A review of the motion on the merits reveals that Petitioner has not shown mistake, inadvertence, surprise, excusable neglect, or any other reason justifying relief.